*UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| *vs* | § | **CRIMINAL NO: 4:23-CR-00105** |
| | § | **JUDGE GEORGE C. HANKS, JR.** |
| **MARCUS DEWANE CHRISTOPHER** | § | |

**UNOPPOSED MOTION TO CONTINUE CURRENT SENTENCING HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MARCUS DEWANE CHRISTOPHER, and files this Unopposed Motion to Continue Current Sentencing Hearing.  Defendant would show the Court the following:

I.

Greg Gladden is the counsel for MARCUS DEWANE CHRISTOPHER. Mr. Gladden is a sole practitioner.

II.

A Sentencing hearing is currently scheduled for May 27, 2026, at 10:00 a.m. Defendant, MARCUS DEWANE CHRISTOPHER, requests this court to continue the scheduled Sentencing hearing to a later date due to Mr. Gladden's prepaid international trip.

III.

 Undersigned counsel has conferred with Kelly Zenon-Matos and Jodi Anton, they are unopposed to a continuance.

IV.

This motion is not made for the purposes of delay but in order the justice may be done. Movant would further show that the ends of justice will be served by granting this continuance

1

and outweigh the interest of the public and the Defendant in a speedy trial for the following reasons:

1. That the failure to grant this continuance would result in a miscarriage of justice;

2. That this case is so novel or complex due to the nature of the prosecution and/or the number of defendants that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the prescribed time limits.

3. That the failure to grant a continuance in this case, if not so complex or unusual, would reasonably deny counsel for the Defendant the reasonable time necessary for effective representation taking into account the exercise of due diligence;

4. That the period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act;

5. That this request is made knowingly, intelligently, and voluntarily.

V.

WHEREFORE PREMISES CONSIDERED, MARCUS DEWANE CHRISTOPHER respectfully prays, through his attorney, that the Court consider this Unopposed Motion for Continuance and reset the Sentencing Hearing to a later date.

Respectfully submitted,

/S/ Greg Gladden
Greg Gladden
*Attorney for Marcus Dewane Christopher*
Law Office of Greg Gladden
3017 Houston Avenue
Houston, Texas 77009
gladden@airmail.net
Phone: 713.880.0333
Fax: 713.880.4018
Texas State Bar No. 07991300

2

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant U.S. Attorney's Kelly Zenon-Matos and Jodi Anton. They are **unopposed** to a continuance.

/S/ Greg Gladden
Greg Gladden

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 5, 2026, I electronically filed the foregoing Unopposed Motion to Continue Current Sentencing Hearing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF and via email to Kelly Zenon-Matos at Kelly.Zenon@usdoj.gov and Jodi Anton at jodi.anton@usdoj.gov.

Assistant U.S. Attorney
United States Department of Justice
Criminal Division
1000 Louisiana Street Suite 2300
Houston, Texas 77002
713-567-9582

/S/ Greg Gladden
Greg Gladden

3